**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL H. WILLIAMS ADVERTISING AGENCY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACH I EMERY TECH LLC, <br><br> Defendant. | No. C 13-05781 SI <br><br> **ORDER DISMISSING PLAINTIFF'S MOTION TO CONSOLIDATE AS MOOT** |

On January 29, 2014, plaintiff Carol H. Williams Advertising Agency, Inc. filed a motion to consolidate this case with a related case, *Mach I Emery Tech LLC v. Carol H. Williams Advertising Agency, Inc.,* No. 13-cv-5928 SI. Docket No. 14. However, on February 25, 2014, the Court granted Mach I's motion to remand 13-cv-5928 to California Superior Court. *See* 13-cv-5928 SI, Docket No. 26.

Accordingly, the Court DISMISSES the motion to consolidate as moot. This resolves Docket No. 14.

**IT IS SO ORDERED.**

Dated: March 6, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE