**IT IS SO ORDERED**
*/s/ Susan Illston*
Judge Susan Illston

1  R. Mitchell (SBN 172664)
Attorney at Law
2132 Longview Drive Suite C
San Leandro, CA 94577
510.836.2097 (ph)/510.380.6431 (fax)
raye@rayemitchell.com
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CAROL H. WILLIAMS ADVERTISING AGENCY, INC, <br><br> Plaintiffs, <br><br> vs. <br><br> MACH I EMERY TECH LLC : Roes 1-10. <br><br><br> Defendants. | Civil Case No.: C13-05781 SI <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> **FRCP 41(a)(1)** |
|---|---|

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses the above action as to all defendants. Plaintiff has discovered new and different factual evidence as to Defendants and it is more efficient to file a new action than incur the expense to oppose the current motion to dismiss and or file a motion for leave to amend. Plaintiff does not want to waste limited resources on motion practices and does not desire to tax the Court's resources on motion practice.

A court order is not required as Defendant has not answered the complaint or filed a motion for summary judgment.

---

**Notice of Dismissal Without Prejudice** 1       2132 Longview Drive Suite C, San Leandro, CA 94577
510.836.2097 (ph)/510.836.2374 (fax)

1
2
3       Dated:        March 17, 2014
4
5  /s/  R. Mitchell

6  **R. Mitchell**
  **Attorney at Law**
7  **Attorney for Plaintiff**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**Notice of Dismissal Without Prejudice2**　　　　　　　2132 Longview Drive Suite C, San Leandro, CA 94577
　　　　　　　　　　　　　　　　　　　　　　　　　　　510.836.2097 (ph)/510.836.2374 (fax)